**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARY MAYK,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 08-4866** |
| | : | |
| **READING EAGLE COMPANY,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this    24th    day of March, 2010, upon consideration of the

defendant's motion for summary judgment (Document #12), and the plaintiff's response

thereto (Document #14), it is hereby ORDERED that the motion is GRANTED in its

entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.


BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.